AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Richard Harden Lanier

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV604-138

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated 11/21/05, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing plaintiff's 2255 motion.

11/21/05
_____
*Date*

Scott L. Poff
_____
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03